UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUMEYSA OZTURK,<br><br>        Petitioner,<br><br> v.<br><br>PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, and KRISTI NOEM, Secretary of Homeland Security,<br><br>        Respondents. | Civil Action No. 1:25-cv-10695-DJC |

## NOTICE OF APPEARANCE

 Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Respondents.

 Filing of this notice does not waive any defects in service.

                Respectfully submitted,

                LEAH B. FOLEY
                United States Attorney

Dated: March 26, 2025    By: */s/ Mark Sauter*
                Mark Sauter
                Assistant United States Attorney
                United States Attorney's Office
                1 Courthouse Way, Suite 9200
                Boston, MA 02210
                Tel.: 617-748-3347
                Email: mark.sauter@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  March 26, 2025        By:    */s/ Mark Sauter*
                                                    Mark Sauter
                                                    Assistant United States Attorney