<div style="text-align:center">

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

</div>

| | |
|---|---|
| **RUMEYSA OZTURK,** | |
| Petitioner, | |
| v. | No. 1:25-cv-10695-DJC |
| **PATRICIA HYDE, et al.,** | |
| Respondents. | |

### Notice of Withdrawal of All Writs Act Motion

Following the filing of the emergency motion, counsel was notified of petitioners's location and was provided with brief telephone access to petitioner. Accordingly, counsel withdraws the motion at ECF7.

<div style="margin-left:50%">

Respectfully submitted,

/s/ Mahsa Khanbabai
Mahsa Khanbabai (BBO #639803)
115 Main Street, Suite 1B
North Easton, MA 02356
mahsa@mk-immigration.com
508-297-2065

*Counsel for Petitioner*

</div>

Dated: March 27, 2025                                /s/ Mahsa Khanbabai
                                                                      Mahsa Khanbabai

1