UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RÜMEYSA ÖZTÜRK,**  *Petitioner*,  v.  **PATRICIA HYDE,** et al.,  *Respondents.* | Civil Action No. 1:25-cv-10695-DJC |

## NOTICE OF APPEARANCE

Please enter the appearance of Jessie J. Rossman as counsel for Petitioner in the above-captioned matter.

Dated: March 28, 2025                Respectfully submitted,

                        By:  /s/ *Jessie J. Rossman*
                            Jessie J. Rossman (BBO #670685)
                            AMERICAN CIVIL LIBERTIES UNION
                             FOUNDATION OF MASSACHUSETTS, INC.
                            One Center Plaza, Suite 850
                            Boston, MA 02108
                            (617) 482-3170
                            jrossman@aclum.org

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

March 28, 2025                                            */s/ Jessie J.Rossman*
                                                                              Jessie J.Rossman