UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**RUMEYSA OZTURK**

v.  **CIVIL ACTION NO. 25-10695-DJC**

**PATRICIA HYDE, ET AL**

### ORDER OF TRANSFER

CASPER, D.J.

In accordance with the Memorandum and Order dated April 4, 2025, D. 42, this case is transferred to the United States District Court, District of Vermont.

April 4, 2025

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk